Appellate Docket Number: 06-15-00174CR

Appellate Case Style: Style: Thomas R. Hughley

Vs. State of Texas

RECEIVED IN
The Court of Appeals
Sixth District

OCT 2 1 2015

Texarkana, Texas
Debra Autrey, Clerk

Companion Case: CR-14-24915

FILED IN
The Court of Appeals
Sixth District

OCT 2 1 2015

Texarkana, Texas
Debra K. Autrey, Clerk

Amended/corrected statement: ☐

## DOCKETING STATEMENT (Criminal)

Appellate Court: ▓▓▓▓▓▓▓▓

(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

| I. Appellant | II. Appellant Attorney(s) |
|---|---|
| First Name: Thomas | ☐ Lead Attorney |
| Middle Name: Robert | First Name: |
| Last Name: Hughley | Middle Name: |
| Suffix: | Last Name: |
| Appellant Incarcerated? ☑ Yes ☐ No | Suffix: |
| Amount of Bond: N/A | ☐ Appointed ☐ District/County Attorney |
| Pro Se: ○ | ☐ Retained ☐ Public Defender |
| | Firm Name: |
| | Address 1: |
| | Address 2: |
| | City: |
| | State: Texas   Zip+4: |
| | Telephone:   ext. |
| | Fax: |
| | Email: |
| | SBN: |
| | Add Another Appellant/ Attorney |

## III. Appellee

First Name: *N/A*

Middle Name:

Last Name:

Suffix:

Appellee Incarcerated? ☐ Yes ☐ No

Amount of Bond:

Pro Se: ○

## IV. Appellee Attorney(s)

☐ Lead Attorney

First Name: *N/A*

Middle Name:

Last Name:

Suffix:

☐ Appointed       ☐ District/County Attorney

☐ Retained        ☐ Public Defender

Firm Name:

Address 1:

Address 2:

City:

State: Texas            Zip+4:

Telephone:              ext.

Fax:

Email:

SBN:

**Add Another Appellee/ Attorney**

## V. Perfection Of Appeal, Judgment And Sentencing

Nature of Case (Subject matter or type of case): Adjudication of Guilt

Type of Judgment:

Date trial court imposed or suspended sentence in open court or date trial court entered appealable order: 10/2/2015

Offense charged: Supervision Violation

Date of offense: 12/26/2014

Defendant's plea: Untrue

If guilty, does defendant have the trial court's certificate to appeal?

☑ Yes ☐ No

Was the trial by: ☐ jury or ☑ non-jury?

Date notice of appeal filed in trial court: 10/6/2015

If mailed to the trial court clerk, also give the date mailed: 10/16/2015

Punishment assessed: 10 yrs Penitentiary

Is the appeal from a pre-trial order? ☑ Yes ☐ No

Does the appeal involve the constitutionality or the validity of a statute, rule or ordinance?

☑ Yes ☐ No

## VI. Actions Extending Time To Perfect Appeal

Motion for New Trial: ☐ Yes ☐ No   If yes, date filed:

Motion in Arrest of Judgment: ☑ Yes ☐ No   If yes, date filed: 10/2/2015

Other: ☐ Yes ☑ No   If yes, date filed:

If other, please specify:

## VII. Indigency Of Party: (Attach file-stamped copy of motion and affidavit)

Motion and affidavit filed: ☐ Yes ☐ No ☑ NA   If yes, date filed:

Date of hearing: ☑ NA

Date of order: ☑ NA

Ruling on motion: ☐ Granted ☐ Denied ☑ NA   If granted or denied, date of ruling:

## VIII. Trial Court And Record

Court: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

County: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Trial Court Docket Number (Cause no):

Trial Court Judge (who tried or disposed of the case):

First Name: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Middle Name: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Last Name: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Suffix: ▓▓▓▓▓▓

Address 1: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Address 2: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

City: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

State: Texas ▓▓▓▓▓ Zip + 4: ▓▓▓▓▓▓

Telephone: ▓▓▓▓▓▓▓▓ ext. ▓▓▓▓

Fax: ▓▓▓▓▓▓▓▓▓

Email: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Clerk's Record:

Trial Court Clerk: ☐ District ☐ County

Was clerk's record requested? ☐ Yes ☐ No

If yes, date requested: ▓▓▓▓▓▓▓▓▓▓▓

If no, date it will be requested: ▓▓▓▓▓▓▓

Were payment arrangements made with clerk?

☐ Yes ☐ No ☐ Indigent

---

Reporter's or Recorder's Record:

Is there a reporter's record? ☐ Yes ☐ No

Was reporter's record requested? ☐ Yes ☐ No

Was the reporter's record electronically recorded? ☐ Yes ☐ No

If yes, date requested: ▓▓▓▓▓▓▓▓▓▓▓

Were payment arrangements made with the court reporter/court recorder? ☐ Yes ☐ No ☐ Indigent

---

☐ Court Reporter  ☐ Court Recorder
☐ Official  ☐ Substitute

First Name: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Middle Name: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Last Name: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Suffix: ▓▓▓▓▓▓

Address 1: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Address 2: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

City: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

State: Texas ▓▓▓▓▓ Zip + 4: ▓▓▓▓▓▓

Telephone: ▓▓▓▓▓▓▓▓ ext. ▓▓▓▓

Fax: ▓▓▓▓▓▓▓▓▓

Email: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

## IX. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number: ▓▓▓▓▓▓▓▓▓▓▓                                    Court: ▓▓▓▓▓▓▓▓▓▓▓▓

Style: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

    Vs.    State of Texas ▓▓▓▓

## X. Signature

_____

Signature of counsel (or Pro Se Party)                          Date: ▓▓▓▓▓▓▓▓▓▓▓▓▓

_____                                    State Bar No: ▓▓▓▓▓▓▓▓

Printed Name:

Electronic Signature: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓          Name: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
   (Optional)

## XI. Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on ▓▓▓▓▓▓▓▓▓▓ .

_____

Signature of counsel (or pro se party)          Electronic Signature: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
   (Optional)

State Bar No.: ▓▓▓▓▓▓▓▓▓▓

Person Served:

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

(1) the date and manner of service;
(2) the name and address of each person served, and
(3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

Date Served: ████████████

Manner Served: ████████████████

First Name: ████████████████████████████

Middle Name: ████████████████████████████

Last Name: ████████████████████████████

Suffix: ██████████

Law Firm Name: ████████████████████████

Address 1: ████████████████████████

Address 2: ████████████████████████

City: ████████████████████████

State ▮Texas▮ ████████████ Zip+4: ████████████████

Telephone: ████████████ ext. ██████████

Fax: ████████████████

Email: ████████████████████████

# IN THE 336TH DISTRICT COURT
# FANNIN COUNTY, TEXAS

THE STATE OF TEXAS      §

v.      §

Thomas Huntley      §     CAUSE NO. _CR-14-24715_

     §

     §

## NOTICE OF AGREED COURT DOCKET SETTING

NOW COMES THE DEFENDANT in the above styled and numbered cause(s) and would show the court the following:

1. The defendant IS NOT in jail / HAS BEEN in jail since _for 238 days_
2. The defendant IS / IS NOT present in court this date.

_____

This case is passed to ___Oct 8 2015_____ ___1:30 p.m.___ for

     date          time

_____ Appearance with an attorney      Discovery Status:

_____ Announcement      _____ Pending      _____ Complete

_____ Competency/SAFP-F/Writ/Juv/Other

___✓___ Plea (guilty) (open) (no contest)      Bond Conditions:

     (true) (untrue)      _____ Compliant      _____ Violation(s)

State's Recommendation/Plea Offer: _____

Plea Offer is withdrawn on: _____      Signed: _____ _9/25/15_

     District Attorney      Date

This case is set for trial on _____

     date          time

_____ Before the Court      Pre-trial hearing _____

_____ By a jury      Pre-trial motions due _____

_____      _____ _9/25/15_

Defendant      Today's Date      Defense Attorney      Date

     State Bar No. _24045095_

     _972 548 7167_

_____      Defense Attorney Telephone number

Defendant's Current Address

## THE DEFENDANT IS REQUIRED TO BE PRESENT AT ALL HEARINGS.

Pass Slip: Orignal: Court's file      Copies: District Attorney - Canary      Defendant - Pink      Defense Attorney - Golden Rod